**CONDREN et al. v. MARLIN.**

No. 13740. Opinion Filed May 22, 1928.

(Syllabus.)

**Courts—Appeal and Error—Reversal of State Supreme Court by United States Supreme Court—Status of Cause After Mandate Issued.**

Where an appeal is taken from this court to the Supreme Court of the United States and by that Court decided and mandate issued to this court, this court is revested with jurisdiction over the parties and the subject-matter in said cause as though no opinion or mandate had ever been filed or issued in this court.

Error from District Court, McIntosh County; Harve L. Melton, Judge.

Action by B. A. Marlin against Lucy Condren, nee Lewallen, and John Lewallen. From the judgment of the trial court in favor of plaintiff, defendants appealed. By judgment of this court the trial court was reversed, from which judgment an appeal was prosecuted to the Supreme Court of the United States, where the judgment of this court was reversed, and by its mandate it directed this court to take further proceedings not inconsistent with the opinion

of that court. Judgment of the trial court is affirmed in accordance with said mandate, and judgment rendered by this court on supersedeas bond.

Turner, Turner, Harley & Parris, for plaintiffs in error.

Claude A. Niles, for defendant in error.

PER CURIAM. On May 12, 1925, an opinion was filed in this court reversing the judgment of the trial court, and a mandate was issued thereon; from which judgment of this court an appeal was prosecuted to the Supreme Court of the · United States, where, on February 20, 1928, an opinion was filed in said court (48 S. Ct. 248, 72 L. E. ___) reversing this court, which, in effect, sustains the judgment of the trial court of McIntosh county, and a mandate issued thereon to this court directing this court in part as follows:

"And it is further ordered that this cause be and the same is hereby remanded to the Supreme Court of the State of Oklahoma for further proceedings not inconsistent with the opinion of this court."

The opinion of this court filed on the 12th day of May, 1925, in this cause, reported in 113 Okla. 259, 241 Pac. 826, and the mandate issued from this court thereon is hereby set aside and held for naught, and, in accordance with the opinion and mandate of the Supreme Court of the United States, the judgment of the district court of McIntosh county is affirmed, and judgment is hereby rendered in favor of the defendant in error, B. A. Marlin, against the plaintiffs in error, Lucy Condren and John Lewallen, as principals, and F. S. Lewallen, L. C. Roork, J. L. Etchison, Thomas Monroe, O. E. Nelson, and Thomas McIntosh, as sureties, on the supersedeas bond filed in this cause for the sum of $1,150, together with interest thereon at the rate of six per cent. per annum from the 12th day of April, 1922, and the clerk of this court is hereby directed to issue mandate in accordance herewith.

Note.—See 4 C. J. § 3255.